

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 10-mj-30165

v.

HONORABLE ARTHUR J.
TARNOW

LEONARD YOUNG,

        Defendant/Counter-Plaintiff.

_____/

REV. DR. LEONARD L.J. YOUNG, ESQ.

        Counter-Plaintiff,

v.

THE UNITED STATES OF AMERICA, et. al.,

        Counter-Defendant and Third Party
        Defendants.

## ORDER DENYING REQUEST FOR HABEAS CORPUS RELIEF AND MOTION FOR INJUNCTION

Counter-Plaintiff, Rev. Dr. Leonard L.J. Young, through his attorney, filed a request for habeas corpus relief and motion for injunction citing as the jurisdictional basis the federal removal proceeding under Rules 5 and 40 of the Federal Rules of Criminal Procedure and habeas corpus statute 18 USC §2254 and 2255.

Count I addresses the District of Columbia Superior Court prosecution. For the reasons stated on the record at the removal hearing on June 1, 2010, this Court has denied this relief. That is, by granting the removal order on June 2, 2010, the Court necessarily rejected the challenges based on the merits of the pending case. Those challenges, if appropriate, may be

raised in the criminal proceedings in the Superior Court in the District of Columbia.

Count II challenges the Michigan prosecution, which according to the information provided at the removal hearing, there is no outstanding warrant. In addition, even if there were, Counter-Plaintiff is not being held pursuant to that. Therefore, habeas relief is not appropriate.

Count III alleges a conspiracy to deprive Counter-Plaintiff of his Constitutional rights by two citizens. That is not subject to habeas review.

Therefore, it is ordered that Rev. Dr. Leonard L.J. Young's request for an injunction and/or habeas relief is DENIED.

IT IS SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: June 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2010, by electronic and/or ordinary mail.

s/Catherine A. Pickles
Judicial Secretary